# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THOMAS MCDOUGALL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>122 INDUSTRIES LLC d/b/a SUPPLY HAUS 1775,<br><br>Defendant. | :<br>:<br>:  CIVIL ACTION FILE NO. 1:24-cv-03476<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a). The putative class claims are dismissed without prejudice.

PLAINTIFF,
By his attorneys,

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

ALDRICH LAW FIRM, LLC
/s/ Frederick G. Aldrich
Attorney for Defendant
601 28¼ Road
Grand Junction, CO 81506
(970) 245-7950
faldrich@aldrich-law.com